THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Isiah James
 #96883, Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court 
Judge John McLeod 

Unpublished Opinion No. 2008-UP-511
 Submitted September 2, 2008  Filed
September 8, 2008

AFFIRMED

 
 
 
 Isiah James, pro se, for Appellant.
 Robert W. Jacobs, S.C. Department of Corrections, of Columbia, for Respondent.
 
 
 

PER CURIAM:  This is an
 appeal from the Administrative Law Court (ALC).  Isiah James argues the ALC
 erred in denying his motion to consolidate
 and dismissing his appeal.  We affirm[1] pursuant to Rule 220(b)(2), SCACR and the following authorities: Issue I: Rule 210(h), SCACR (providing the appellate court
 generally will not consider any fact that does not appear in the record on
 appeal); Germain v. Nichol, 278 S.C. 508, 509, 299 S.E.2d 335,
 335 (1983) (holding the appealing party has the burden of providing a
 sufficient record); Issue II:  S.C. Code
 Ann. § 1-23-610 (Supp. 2007) (stating an appellate court may reverse or modify
 the decision of the ALC only if the appellants substantive rights have been
 prejudiced because the decision is clearly erroneous in light of the reliable
 and substantial evidence on the whole record, arbitrary or otherwise
 characterized by an abuse of discretion, or affected by other error of law); Sloan
 v. Friends of Hunley, Inc.,  369 S.C. 20, 25, 630 S.E.2d 474,
 477 (2006) (holding an appellate court generally will not pass on moot and
 academic questions or consider a case where there remains no actual controversy).
AFFIRMED.
SHORT, THOMAS, and PIEPER, JJ., concur.

[1]  Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument
pursuant to Rule 215, SCACR.